UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ABDUL QASIM RAY ZAHIR,<br><br>                Defendant. | Case No. MJ22-412 MLP<br><br>DETENTION ORDER |

Mr. Zahir is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1), and unlawful possession of ammunition, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on September 2, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Zahir stipulated to detention

2. Upon advice of counsel, Mr. Zahir declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

3. Mr. Zahir poses a risk of nonappearance due to pending charges, a history of failure to appear, and criminal activity and other noncompliance while under

DETENTION ORDER - 1

supervision. In addition, because Mr. Zahir was not interviewed, his background and ties to this district are unknown.

4. Mr. Zahir poses a risk of danger due to the nature of the instant offense, and a history of weapons and violence.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Zahir's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Zahir shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Zahir shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Zahir is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//

//

DETENTION ORDER - 2

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Zahir, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3